JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>    v.<br><br>CARDENAS MARKETS LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>                        Defendants. | Case No.: 5:21-cv-1659-JGB-KK<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed: September 30, 2021<br>Trial Date:       August 1, 2023 |

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Portia Mason and Defendant Cardenas Markets LLC's joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear her or its own fees and costs.

IT IS SO ORDERED.

Dated: June 6, 2022

_____
HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE

---

**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**